UNITED STATES OF AMERICA,

v.

$283,774.12 IN FUNDS SEIZED FROM ACCOUNT NUMBER 0201308971 IN THE NAME OF 5 STEMS INC. AT REGIONS FINANCIAL CORPORATION (20-FBI- 005943);

$7,815.95 IN FUNDS SEIZED FROM ACCOUNT NUMBER 483078011512 IN THE NAME OF FLE LLC AT BANK OF AMERICA (20-FBI-005956);

$138,811.24 IN FUNDS FROM ACCOUNT NUMBER 488263054 IN THE NAME OF SUTUKH EL, A/K/A CURTIS JORDAN, A/K/A HUGO HURT A/K/A HUGO HURTINGTON AT TD AMERITRADE (20-FBI-005992); AND

$4,428.14 IN FUNDS SEIZED FROM ACCOUNT NUMBER 483068671713 IN THE NAME OF HHDONDECK AT BANK OF AMERICA (20-FBI-005948),

Defendants.

23-mc- 17-V

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon by and between the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and Cheryl Meyers Buth, Esq., attorney for Sutukh El (hereinafter "the claimant"), that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture against the following funds:

> $283,774.12 in funds seized from account number 0201308971 in the name  of 5 Stems Inc. at Regions Financial Corporation;
>
> $7,815.95 in funds seized from account number 483078011512 in the name  of FLE LLC at Bank of America;
>
> $138,811.24 in funds from account number 488263054 in the name of

Sutukh El, A/K/A Curtis Jordan, A/K/A Hugo Hurt A/K/A Hugo Hurtington at TD Ameritrade; and

$4,428.14 in funds seized from account number 483068671713 in the name of HHDonDeck at Bank of America

(hereinafter "the subject funds") is extended from May 11, 2023 to July 11, 2023.

The parties to this Stipulation further agree that the claimant may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the subject funds, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

TRINI E. ROSS
United States Attorney

Dated: 5|11|23          BY: _____
                             MELANIE J. BAILEY
                             Assistant United States Attorney
                             138 Delaware Avenue
                             Buffalo, New York 14202
                             (716) 843-5863
                             melanie.bailey@usdoj.gov


Dated: 5/4/23          _____
                             CHERYL MEYERS BUTH
                             Attorney for Sutukh El
                             21 Princeton Place
                             Orchard Park, New York 14127
                             (716) 508-8598
                             cmbuth@mblg.us